IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DENNIS O'BRIEN and
BOARD OF COUNTY COMMISSIONERS
OF THE COUNTY OF SANTA FE,

    Plaintiffs,

vs.                    No. 11-CV-409 JB/WDS

DAVID E. MITCHELL,
Personal Representative
of the Estate of Walter Mitchell, Deceased,

    Defendant.

## STIPULATED MOTION FOR FIRM TRIAL SETTING

COME NOW the Plaintiffs, by undersigned counsel, with the concurrence of Defendant, by Santiago E. Juarez, Esq., and after consultation with the Court's Courtroom Deputy, and respectfully move the Court for a firm trial setting on August 13-15, 2012.

THE GROUNDS for this motion are that the Court previously set jury selection and a jury trial of this matter on a trailing docket commencing on July 16, 2012 (see Doc. No. 23), but both parties desire a firm trial setting if possible; the parties estimate that the case will take three days to try; and the Courtroom Deputy has advised counsel for the parties that the requested dates set forth above (August 13-15, 2012) presently are available for a trial.

Undersigned counsel has consulted with Mr. Juarez and he hereby confirms that Mr. Juarez concurs with the instant motion.

                                        Respectfully submitted,

                                        /s/ Michael Dickman
                                        _____
                                        **MICHAEL DICKMAN**
                                        Post Office Box 549
                                        Santa Fe, New Mexico 87504
                                        (505) 989-9360
                                        **Attorney for Plaintiffs**

## CERTIFICATE OF SERVICE

I certify that I caused a copy of this motion to be electronically served on

Santiago E. Juarez, Esq.

on the date of filing hereof at his email addresses as registered on CM/ECF

/s/ Michael Dickman
_____
MICHAEL DICKMAN