IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DENNIS O'BRIEN and
BOARD OF COUNTY COMMISSIONERS
OF THE COUNTY OF SANTA FE,

       Plaintiffs,

vs.                                            No. 11-CV-409 ACT/WDS

DAVID E. MITCHELL,
Personal Representative
of the Estate of Walter Mitchell, Deceased,

       Defendant.

**NOTICE OF UNOPPOSED EXTENSION FOR DEFENDANT TO FILE
RESPONSE TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

      COMES NOW Santiago E. Juarez, counsel for Defendant, and hereby gives notice that Plaintiffs' counsel, Michael Dickman, has granted Defendant an extension in which to file Defendant's Response to Plaintiffs' Motion for Summary Judgment until May 2, 2012.

                                            Respectfully submitted,

                                            /s/ Santiago E. Juarez
                                            Santiago E. Juarez, Esq.
                                            Attorney for Plaintiff
                                            1822 Lomas, Blvd. NW
                                            Albuquerque, NM 87104
                                            (505) 246-8499
                                            (505) 246-8599 (Facsimile)

I hereby certify that a true and correct of the foregoing was filed and served to opposing counsel of record electronically via the Court's electronic filing system on April 26, 2012.

/s/ Santiago E. Juarez
Santiago E. Juarez, Esq.