# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

C<small>LERK'S</small> M<small>INUTES</small>

| | | | |
|---|---|---|---|
| **C<small>ASE</small> N<small>O</small>.:** | 11-409 JB/WDS | **D<small>ATE</small>:** | May 18, 2012 |
| **C<small>ASE</small> C<small>APTION</small>:** | O'Brien, et al. v. Mitchell | | |
| **CRD:** | K. Wild | **C<small>OURT</small> R<small>EPORTER</small>:** | D. Everett |
| **C<small>OURT IN RECESS</small>:** | 1:46 p.m.<br>3:09 p.m. | **C<small>OURT IN RECESS</small>:** | 2:57 p.m. = 1:11<br>3:54 p.m. = :46<br>**TOTAL = 1:57** |

**T<small>YPE OF</small> P<small>ROCEEDING</small>:** Motion Hearing (see below)

**C<small>OURT'S</small> R<small>ULING</small>/D<small>ISPOSITION</small>:** Motion for Summary Judgment [27] - **TAKEN UNDER ADVISEMENT**

**O<small>RDER</small> C<small>ONSISTENT</small> W<small>ITH</small> C<small>OURT'S</small> R<small>ULING TO BE</small> P<small>REPARED BY</small>:**   Court

**A<small>TTORNEYS</small> P<small>RESENT FOR</small> P<small>LAINTIFF</small>(S):**   **A<small>TTORNEYS</small> P<small>RESENT FOR</small> D<small>EFENDANT</small>(S):**

Santiago Juarez                                           Michael Dickman

## P<small>ROCEEDINGS</small>

**C<small>OURT IN SESSION</small>:**   **1:46 p.m.**

**Court:**   Calls case. Counsel enter appearances. Plaintiff Dennis O'Brien and Steven Ross, Santa Fe County Attorney, present with counsel. Provides disclosures regarding Mark Donatelli, Judge Pfeffer, Paul Baca and Linda Vanzi

**1:48 p.m. Mr. Dickman:** Argues in support of motion and responds to Court's inquiry.

**Court in recess: 2:57 p.m.**

**Court in session: 3:09 p.m.**

**Mr. Juarez:**  Argues in response in opposition to motion and responds to Court's inquiry.

**3:34 p.m.  Mr. Dickman:**  Argues in reply in further support of motion.

**3:45 p.m.  Mr. Dickman:**  Wants to discuss procedural matter with Court...

**Court:**  Knows there is a firm setting in August and a large gap between date of PTC and firm trial setting - will probably not be able to work on this case this month - suggests move PTC closer to August trial setting.

**Mr. Dickman:**  Requests Court vacate trial date - believes will go up to 10th Circuit, and perhaps S.Ct., regardless of ruling.  Cites to rule 56(g).  Does not want Court to be rushed in getting out decision.

**3:51 p.m.  Mr. Juarez:**  Agrees.

**Court:**  Will leave the PTC on and convert to a Status Conference - counsel can appear telephonically for same - will try to have out by 6/21.  Will vacate pretrial order deadlines and vacate trial.

**Counsel inform is acceptable.**

**Court:**  As to motion, first need to determine what to do with Judge Pfeffer's findings.  Anything further?

Counsel indicate there is not.

**COURT IN RECESS:**        3:54 p.m.