## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

DENNIS O'BRIEN and
BOARD OF COUNTY COMMISSIONERS
OF THE COUNTY OF SANTA FE,

       Plaintiffs,

vs.                            No. CIV 11-0409 JB/WDS

DAVID E. MITCHELL,
Personal Representative
of the Estate of Walter Mitchell, Deceased,

       Defendant.

### FINAL JUDGMENT

**THIS MATTER** comes before the Court on the Court's Stipulated Order Vacating Final

Judgment and Dissolving Lis Pendens, filed Dec. 13, 2012 (Doc. 68)("Order").  In its Order, the

Court granted the parties' Joint Motion for Entry of Orders, filed Dec. 11, 2012 (Doc. 67), in

which the parties moved the Court to enter the Order, because the parties resolved their

differences and settled the case.  Because the Order disposed of all issues and claims before the

Court, the Court now enters final judgment in this matter.

**IT IS ORDERED** that the Complaint to Set Aside Judgment, filed May 11, 2011 (Doc.

1), and the case against Defendant David E. Mitchell are hereby dismissed with prejudice, and

final judgment is entered.

_____
UNITED STATES DISTRICT JUDGE

*Counsel*:

Michael Dickman
Santa Fe, New Mexico

     *Attorney for the Plaintiffs*

Santiago E. Juarez
Albuquerque, New Mexico

*Attorney for the Defendant*